The State of Ohio, Appellee, *v.* Runyons, Appellant.

[Cite as *State v. Runyons* (1994), 70 Ohio St.3d 645.]

(No. 94–1000—Submitted August 17, 1994—Decided November 9, 1994.)

*Bobby Runyons*, pro se.

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.